UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN ROBERT, et al.,<br>        Plaintiffs<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT,<br>        Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 05-30134-MAP<br>)<br>)<br>)<br>) |

ORDER OF RECUSAL
June 28, 2005

NEIMAN, U.S.M.J.

    Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings related to the above-captioned matter.

                                                  /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge