UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 05CV30134-MAP

|  |  |
|---|---|
| KATHLEEN ROBERT and DENNIS ROBERT,<br>            Plaintiffs,<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT, LOWE'S HOME IMPROVEMENT WAREHOUSE</u>**

1. Defendant, Lowe's Home Improvement Warehouse, which is improperly named, pursuant to Local Rule 7.3(A), identifies the following as a parent corporation of Lowe's Home Centers, Inc.:

   Lowe's Companies, Inc.
   North Wilkesboro, North Carolina

2. Defendant, Lowe's Home Improvement Warehouse, which is improperly named, pursuant to Local Rule 7.3(A), identifies the following as a publicly held company that owns 10% or more of Lowe's Home Centers, Inc.'s stock:

   Lowe's Companies, Inc.
   North Wilkesboro, North Carolina

957919v1

2

        Respectfully Submitted By,

        Counsel for Defendant,
        By its attorneys,

        /s/ *Grace V. B. Garcia*

        _____
        Thomas C. Federico, BBO #160830
        Grace V. Bacon Garcia, BBO #640970
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA 02210-1181
        (617) 439-7500

## **CERTIFICATE OF SERVICE**

      I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

        /s/ *Grace V. B. Garcia*

        _____
        Grace V. Bacon Garcia

Dated: August 22, 2005