UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05C030134MAP

KATHLEEN ROBERT AND )
DENNIS ROBERT )
    Plaintiffs )
vs. )
)
LOWE'S HOME )
IMPROVEMENT WAREHOUSE. )
    Defendant. )

### RULE 16.1 SCHEDULING CONFERENCE AGENDA

Pursuant to Rule 16.1, the Plaintiffs and the Defendant submit the following Joint Conference Agenda:

I.    Pre-Trial Schedule:

    a.    The parties agree that the scope of discovery in this matter shall conform to the requirements of Fed. R. Civ. P. 26(b).

    b.    The parties shall exchange Initial Disclosures, which shall be served within twenty-one days from the date of the Scheduling Conference, or no later than September 19, 2005.

    c.    The plaintiff will file a motion to change the name of the defendant, Lowe's Home Improvement Warehouse to Lowe's Home Centers, Inc. within twenty-one days from the date of the Scheduling Conference, or no later than September 19, 2005.

    d.    The plaintiff will implead a new defendant, CIMAL/IMR Ltda within sixty days after the Scheduling Conference, or by October 28, 2005. The parties reserve their right to implead additional parties as may become necessary throughout the course of discovery.

    e.    Discovery:

        1.    Interrogatories – The Plaintiffs and the Defendant reserve their right to propound 25 Interrogatories to each party. Interrogatories are to be propounded by September 29, 2006, and answered by January 31, 2007.

        2.    Requests for Production of Documents – The parties reserve their right to propound two sets of Requests for Production of Documents to each party.

        Document requests will be propounded by <u>September 29, 2006</u>, and responded to by <u>January 31, 2007</u>.

3. Admissions – The Plaintiff and the Defendant reserve their right to propound 25 Admissions to each party. Admissions are to be propounded by <u>September 29, 2006</u>, and answered by <u>January 31, 2007</u>.

4. Factual Depositions – The parties reserve their right to take 10 depositions per side, not including the parties' respective depositions of Keepers of Records. Factual depositions are to be completed by <u>July 31, 2007</u>.

5. Expert Disclosures: Plaintiffs' expert disclosures and reports shall be due on or before <u>August 31, 2007</u>. Defendant's expert disclosures and reports shall be due on or before <u>October 1, 2007</u>.

6. Written discovery and depositions of experts are to be completed by <u>December 3, 2007</u>.

7. The parties reserve the right to modify all of the above time deadlines regarding discovery propounded to any new and yet to be impleaded party.

f. Settlement Proposals: On September 9, 2004, the Plaintiffs' demand to settle was $3,000,000. The Defendant has denied the claim. The parties reserve their right to continue settlement negotiations and to modify any settlement demands or offers.

g. Motion Schedule: At present, the Plaintiff has pending a Motion For Leave to Add a New Party and Amend Complaint Pursuant to F.R.C.P. Rule 15(a) Defendant, CIMAL/IMR Ltda. The parties reserve their right to file dispositive motions by <u>January 30, 2008</u>. The parties reserve their right to motion the Court as needed.

The parties through counsel hereby certify that they have conferred with counsel regarding budgetary matters and alternative dispute resolution matters.

The parties agree to the above schedule.

THE PLAINTIFFS,
KATHLEEN ROBERT AND DENNIS ROBERT

/s/ *Charles J. Emma/ G.V.B.G.*

---

Charles J. Emma, Esquire
BBO# 542126
850 High Street, Second Floor
Holyoke, MA  01040
(413) 536-7990

THE DEFENDANT,
LOWE'S HOME IMPROVEMENT WAREHOUSE

/s/ *Grace V. B. Garcia*

---

Thomas C. Federico, Esquire
BBO# 160830
Grace V. Bacon Garcia, Esquire
BBO# 640970
250 Summer Street,
Boston, MA  02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. B. Garcia*

---

Grace V. Bacon Garcia

Date: August 22, 2005