UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO:  05CV30134-MAP

KATHLEEN ROBERT and
DENNIS ROBERT,
            Plaintiffs,

v.

LOWE'S HOME IMPROVEMENT
WAREHOUSE,
            Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

## DEFENDANT, LOWE'S HOME IMPROVEMENT WAREHOUSE'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

A.    Establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

B.    Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Lowe's Home Improvement Warehouse

Authorized Representative of Lowe's Home Centers,
Inc.:  Walter Williams

957917v1

Respectfully Submitted By,

Counsel for Defendant,
By its attorneys,

/s/ *Grace V. B. Garcia*

_____

Thomas C. Federico, BBO #160830
Grace V. Bacon Garcia, BBO #640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. B. Garcia*

_____

Grace V. Bacon Garcia

Dated: August 22, 2005

2

957917v1