UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN ROBERT, ET AL,    )
       Plaintiffs    )
           )
       v.    ) CIVIL ACTION NO. 05-30134-MAP
           )
LOWE'S HOME CENTERS, INC.    )
and CIMAL/IMR LTDA,    )
       Defendants    )

PRETRIAL SCHEDULING ORDER

August 30, 2005

PONSOR, D.J.

    Counsel appeared before this court for a pretrial scheduling conference on August 29, 2005. At that time, the court allowed the plaintiffs' Motion for Leave to Add a New Party (Docket No. 9). Based on counsel's representations, the court orders as follows:

    1. The new defendant will be served on or before September 30, 2005.

    2. All interrogatories and requests for production will be served no later than November 30, 2005. The court has established this date to give the new defendant generous time to serve written discovery. The deadline contained in this paragraph, like all scheduling deadlines, will apply both to the existing plaintiffs and defendant, and to the newly added defendant, CIMAL/IMR LTDA.

    3. All non-expert depositions will be completed by March 31, 2006.

    4. Also on or before March 31, 2006, the plaintiffs will convey to the defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose opinion will be offered at trial.

5. Defendants will convey their Rule 26(a)(2) reports to the plaintiffs no later than April 30, 2006.

6. All expert depositions will be completed and all discovery will close on June 30, 2006.

7. Counsel will appear again before this court for a final pretrial conference on July 11, 2006 at 3:00 p.m. At least five days prior to the conference counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note</u>: failure to file a final pretrial memo as ordered may result in default or dismissal.

It is So Ordered.

                                  /s/ Michael A. Ponsor
                                  MICHAEL A. PONSOR
                                  United States District Judge