UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05C030134MAP

| | |
|---|---|
| KATHLEEN ROBERT AND DENNIS ROBERT )<br>    Plaintiffs )<br>vs. )<br> )<br>LOWE'S HOME CENTERS, INC. )<br>and CIMAL/IMR LTDA. )<br>    Defendants ) | AFFIDAVIT OF SERVICE (PURSUANT TO THE MASSACHUSETTS LONG ARM STATUTE AND F.R.C.P. RULE 4 (e) (1) ) |

    I, Charles J. Emma, Esquire, being first duly sworn, hereby state that I have served upon the Defendant, CIMAL/IMR Ltda. a Complaint by mailing the Defendant, CIMAL/IMR Ltda c/o IMR North American Sales Office, a first class, postage prepaid, certified mail (original return receipt attached hereto and marked Exhibit "B").  A summons was sent in the same manner as the Complaint.

_____
Charles J. Emma, Esquire

**COMMONWEALTH OF MASSACHUSETTS**

HAMPDEN, SS.                                                                                     September 19, 2005

Sworn to before me and subscribed in my presence this **19th** day of **September, 2005**.

_____
Michael J. Lukakis, NOTARY PUBLIC
**MY COMMISSION EXPIRES**: 05/20/2008



MICHAEL J. LUKAKIS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires May 14, 2010

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE

DISTRICT OF MASSACHUSETTS

KATHLEEN ROBERT and )
DENNIS ROBERT, )
    Plaintiffs, )
        V. )
)
LOWE'S HOME CENTERS, INC. )
and CIMAL/IMR, Ltda., )
    Defendants )

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30134-MAP

TO: (Name and address of defendant)

CIMAL/IMR Ltda. c/o IMR North American Sales Office
6709 Forest Lake Road
Land O' Lakes, WI   54540

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles J. Emma, Esquire of LUKAKIS & EMMA, 850 High Street, Second Floor, Holyoke, MA, 01040.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

_Mary Finn_
(BY) DEPUTY CLERK

August 29, 2005
_____
DATE

O 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles J. Emma, Esquire | Attorney |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[XX] Other (specify): I hereby certify and return that on September 7, 2005, I served a copy of the within summons, together with a copy of the original complaint, in this action, upon the within named defendant, CIMAL/IMR Ltda. in the following manner: pursuant to F.R.C.P. Rule 4(e)(1) and the Massachusetts Long Arm Statute: by mailing certified mail, return receipt requested to the Defendant, CIMAL/IMR c/o IMR North American Sales Office, 6709 Forest Lake Road, Land O' Lakes, WI 54540

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-15-05
               Date               Signature of Server

850 High St., Second Flr., Holyoke, MA 01040
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT "B"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _AL____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Robert Simeon   C. Date of Delivery: 9/12/05 |
| 1. Article Addressed to:<br><br>CIMAL/IMR Ltda<br>c/o IMR NOrth American Sales Office<br>6709 Forest Lake Road<br>Land O' Lakes, WI 54540 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 7003-3110-0005-8192-1805 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |