UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 05CV30134-MAP

|  |  |
|---|---|
| KATHLEEN ROBERT and DENNIS ROBERT, Plaintiffs, v. LOWE'S HOME CENTERS, INC. and CIMAL/IMR LTDA, Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT LOWE'S HOME CENTERS, INC.'S RULE 26(a)(l) AUTOMATIC DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant, Lowe's Home Centers, Inc.'s ("Lowe's"), makes the following initial disclosures:

A.  **Name the individuals who are believed to have discoverable information about the claims or defenses.**

   1.   Kathleen Robert, subject of information: allegations outlined in plaintiffs' Complaint;

   2.   Dennis Robert, subject of information: allegations outlined in plaintiffs' Complaint;

   3.   Greg Wainwright, L.G. Sourcing, Inc., subject of information: allegations outlined in plaintiffs' Complaint;

   4.   Darren Welborn, L.G. Sourcing, Inc., subject of information: allegations outlined in plaintiffs' Complaint;

   5.   Todd Page, L.G. Sourcing, Inc., subject of information: allegations outlined in plaintiffs' Complaint;

   6.   Kyle Todd, L.G. Sourcing, Inc., subject of information: allegations outlined in plaintiffs' Complaint;

   7.   Robert Simeone, CIMAL, subject of information: allegations outlined in plaintiffs' Complaint;

957915v1

    8.    Jim Rion, subject of information: allegations outlined in plaintiffs' Complaint; and,

    9.    Amy Greene, Lowe's Home Centers, Inc., subject of information: allegations outlined in plaintiffs' Complaint.

**B.**    **Copy or description of documents that may support claims or defenses.**

    1.    Documents accompanying the Sienna Garden Swing.

**C.**    **Computation of any category of damages.**

None.

**D.**    **Insurance Agreement.**

Lowe's will make available for inspection and copying any insurance policy providing coverage on the date of the alleged incident set forth in the plaintiffs' Complaint.

Respectfully Submitted By,

Counsel for Defendant, Lowe's Home Centers, Inc.
By its attorneys,

/s/ *Grace V. Bacon Garcia*

_____
Thomas C. Federico, BBO #160830
Grace V. Bacon Garcia, BBO #640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

**CERTIFICATE OF SERVICE**

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. Bacon Garcia*

_____
Grace V. Bacon Garcia

2

957915v1