UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN ROBERT AND DENNIS ROBERT,<br>    Plaintiffs<br><br>v.<br><br>LOWE'S HOME CENTERS, INC. and<br>CIMAL/IMR LTDA.,<br>    Defendants | C.A. No.: 2005CV-30134 |

## ASSENTED TO MOTION TO ENLARGE TIME
## FOR FILING OF RESPONSIVE PLEADINGS

NOW COME the parties to the above-captioned action and hereby move, pursuant to Fed. R. Civ. P. 6(b), that this Honorable Court enlarge the time for the Defendant, CIMAL/IMR LTDA. (hereinafter "CIMAL"), to answer the Amended Complaint up to and including Monday, November 14, 2005. CIMAL filed and the Court docketed CIMAL's Answer to the Amended Complaint on November 14, 2005. CIMAL states that good cause exists for the enlargement.

CIMAL is a foreign corporation located in Bolivia. The plaintiff was apparently made service upon CIMAL by forwarding, via certified mail, a copy of the Complaint to Robert Simeone at an address in Land O'Lakes, Wisconsin.

CIMAL has been aware of this claim, but was not aware of the service until its undersigned attorneys checked the electronic docket. Upon being made aware that service had been attempted upon CIMAL, CIMAL's undersigned attorneys filed an Answer to the Amended Complaint.

CIMAL states that it has meritorious defenses and that no harm or prejudice will result to any party in this

litigation by allowing an enlargement for CIMAL to answer. CIMAL, by and through its attorneys, is also aware of the Court issued Scheduling Order setting forth, among other deadline, the discovery and expert disclosure deadlines.

WHEREFORE, and for the foregoing reasons, where it is in the interests of justice, CIMAL respectfully requests that this Honorable Court allow this Assented Motion to Enlarge Time for Filing an Answer to the Amended Complaint.

ASSENTED TO:

| THE PLAINTIFFS,<br>KATHLEEN ROBERT AND<br>DENNIS ROBERT,<br>BY THEIR ATTORNEY, | THE DEFENDANT,<br>CIMAL/IMR, LTDA.,<br>BY ITS ATTORNEY, |
|---|---|
| *signature* | *signature* |
| Charles J. Emma, BBO#<br>Likakis & Emma<br>850 High Street, Suite 2<br>Holyoke, MA 01040<br>(413) 536-7990 | Anthony M. Campo, BBO# 552093<br>Mark W. Shaughnessy,<br>BBO# 567839<br>Boyle, Morrissey & Campo, P.C.<br>695 Atlantic Avenue, Suite 11<br>Boston, MA 02111<br>Phone: (617) 451-2000 |

THE DEFENDANT,
LOWE'S HOME CENTERS, INC.,
BY ITS ATTORNEY,

*signature*
Thomas C. Federico, BBO#:
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7580

Dated: NOV 15, 2005

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Mark W. Shaughnessy, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Plaintiffs' Counsel:**

Charles J. Emma, Esq.
Lukakis & Emma
850 High Street, Suite 2
Holyoke, MA 01040

**Co-Defendant's Counsel:**

Thomas C. Federico, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

SIGNED UNDER THE PENALTIES OF PERJURY THIS 10 DAY OF November, 2005.

Mark W. Shaughnessy, BBO# 567839
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775