UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
KATHLEEN ROBERT AND DENNIS ROBERT,  )
     Plaintiffs                     )
                                    )
                                    )
v.                                  )   C.A. No.: 2005CV-30134
                                    )
LOWE'S HOME CENTERS, INC. and       )
CIMAL/IMR LTDA.,                    )
     Defendants                     )
```

### NOTICE OF APPEARANCE OF TIMOTHY R. SCANNELL

Please enter my appearance as attorney for the Defendant, CIMAL/IMR LTDA., in the above captioned action.

Dated: 1-9-06

Timothy R. Scannell, BBO# 655453
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
Telephone: (617) 451-2000
Facsimile: (617) 451-5775
Email: tscannell@boylemorrissey.com