UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN ROBERT AND DENNIS ROBERT, )<br>     Plaintiffs                                )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>LOWE'S HOME CENTERS, INC. and     )<br>CIMAL/IMR LTDA.,                           )<br>     Defendants                                ) | C.A. No.: 2005CV-30134 |

## ASSENTED TO MOTION TO EXTEND DISCOVERY SCHEDULE

NOW COME the parties to the above-captioned action and hereby move, pursuant to Fed. R. Civ. P. 6(b), that this Honorable Court enlarge the time for the the parties to participate in the depositions of fact witnesses until September 30, 2006.  The parties state that good cause exists for the extension, and have attached a proposed revised scheduling order for the Court's approval.

CIMAL is a foreign corporation located in Bolivia.  The plaintiff was apparently made service upon CIMAL by forwarding, via certified mail, a copy of the Complaint to Robert Simeone at an address in Land O'Lakes, Wisconsin. CIMAL's undersigned attorneys filed an Answer to the Amended Complaint on November 12, 2005.

The parties have begun participation in written discovery, which is currently ongoing. However, the parties have been unable to participate in the taking of depositions of any of the parties or fact witnesses in this matter, through no fault of their own.  The parties and numerous fact witnesses to this matter are located in various states

and countries, which has caused the parties' difficulties in scheduling these proceedings. Further, the parties note that despite their attendance at the scheduling conference, they were under the impression that the deadline for the taking of depositions of fact witnesses had been set for a date subsequent to March 31, 2006.

As the parties have been unable to complete the discovery process, and have shown good cause for the amendment of the scheduling order. Therefore, the parties request that leave be granted to pursue depositions of fact witnesses through September 30, 2006, with the time standards set forth extended.

WHEREFORE, and for the foregoing reasons, where it is in the interests of justice, CIMAL respectfully requests that this Honorable Court allow this Assented Motion to Amend the current Scheduling Order and allow fact discovery to continue through September 30, 2006.

The parties have attached hereto a proposed revised scheduling order for the Court's review.

**ASSENTED TO:**

| | |
|---|---|
| THE PLAINTIFFS, KATHLEEN ROBERT AND DENNIS ROBERT, BY THEIR ATTORNEY, | THE DEFENDANT, CIMAL/IMR, LTDA., BY ITS ATTORNEY, |

| | |
|---|---|
| /s/ Charles J. Emma | |
| Charles J. Emma, BBO# | Anthony M. Campo, BBO# 552093 |
| Likakis & Emma | Timothy R. Scannell, |
| 850 High Street, Suite 2 | BBO# 655453 |
| Holyoke, MA 01040 | Boyle, Morrissey & Campo, P.C. |
| (413) 536-7990 | 695 Atlantic Avenue, Suite 11 |
| | Boston, MA 02111 |

THE DEFENDANT,
LOWE'S HOME CENTERS, INC.,
BY ITS ATTORNEY,


__/s/ Thomas C. Federico__
Thomas C. Federico, BBO#:
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7580                    Dated: _1/9/06_

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS

KATHLEEN ROBERT, ET AL,          )
  Plaintiffs                     )
                           )
                           )
    v.                           ) CIVIL ACTION NO. 05-30134-MAP
                           )
LOWE'S HOME CENTERS, INC.        )
and CIMAL/IMR LTDA,              )
Defendants                       )

PROPOSED REVISED SCHEDULING ORDER

January 9, 2006

PONSOR, D.J.


    Counsel moved for a revised scheduling order on January 9, 2006. Based on counsel's representations, the court orders as follows:

    1. The new defendant will be served on or before September 30, 2005.

    2. All interrogatories and requests for production will be served no later than November 30, 2005. The court has established this date to give the new defendant generous time to serve written discovery. The deadline contained in this paragraph, like all scheduling deadlines, will apply both to the existing plaintiffs and defendant, and to the newly added defendant, CIMAL/IMR LTDA.

    3. All non-expert depositions will be completed by September 30, 2006.

    4. Also on or before September 30, 2006, the plaintiffs will convey to the defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose opinion will be offered at trial.

    5. Defendants will convey their Rule 26 (a) (2) reports to the plaintiffs no later than October 30, 2006.

    6. All expert depositions will be completed and all discovery will close on November 30, 2006.

7. Counsel will appear again before this court for a final pretrial conference on December 11, 2006 at 3:00 p.m. At least five days prior to the conference counsel will file final pretrial memoranda in accordance with the attached order. Please note: failure to file a final pretrial memo as ordered may result in default or dismissal.

It is So Ordered.

/s/ Michael A. Ponsor MICHAEL A. PONSOR
United States District Judge