UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
KATHLEEN ROBERT AND DENNIS ROBERT,  )
     Plaintiffs                     )
                                    )
v.                                  )   C.A. No.: 2005CV-30134
                                    )
LOWE'S HOME CENTERS, INC. and       )
CIMAL/IMR LTDA.,                    )
     Defendants                     )
```

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. CIF. P. 41(a)(1)(ii) the parties to the above captioned action hereby stipulate that said action be dismissed with prejudice as to the defendants.

THE PLAINTIFFS,                THE DEFENDANT
BY THEIR ATTORNEY,             LOWE'S HOME CENTERS, INC.,
                               BY ITS ATTORNEY,


/s/ Charles J. Emma            /s/ Thomas C. Federico
Charles J. Emma                Thomas C. Federico
Lukakis & Emma                 Morrison Mahoney, LLP
850 High Street, Ste. 2        250 Summer St.
Holyoke, MA   01040            Boston, MA   02210


THE DEFENDANT,
CIMAL/IMR, LTD.,
BY ITS ATTORNEYS,


/s/  Timothy R. Scannell
Anthony M. Campo, BBO# 552093
Timothy R. Scannell, BBO# 655453
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA   02111
(617) 451-2000


DATED: September 13, 2006